IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANJALI SHAH | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| v. | : | No. 09-4286 |
| HYATT CORPORATION | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 1st day of February, 2010, upon consideration of plaintiff's motion to remand (paper no. 4) and defendant's response in opposition (paper no. 9), and following a conference held on January 20, 2010, at which counsel for all parties were present and heard, for the reasons stated in the attached memorandum, it is **ORDERED** that plaintiff's motion to remand is **GRANTED**. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk of this court shall provide a copy of this Order and attached memorandum, together with the record in this case, to the Prothonotary of the Court of Common Pleas of Philadelphia County.

/s/ Norma L. Shapiro
_____
J.